**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blue Gold Equities LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Seasons** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3127766** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **68-18 Main Street** <br> **Flushing, NY 11367** <br> Number, Street, City, State & ZIP Code | **5 Doughty Blvd.** <br> **Inwood, NY 11096** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Queens** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

9/16/18  4:47PM

Debtor  **Blue Gold Equities LLC**                                    Case number *(if known)* _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   <u>4451</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

9/16/18 4:47PM

| Debtor | **Blue Gold Equities LLC** | | Case number (if known) | |
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

9/16/18  4:47PM

| Debtor | **Blue Gold Equities LLC** | Case number (*if known*) | |
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 16, 2018**
MM / DD / YYYY

**X** **/s/ Joel Getzler**                                                         **Joel Getzler**
Signature of authorized representative of debtor          Printed name

Title    **CRO**

**18. Signature of attorney**

**X** **/s/ Nathan Schwed**                          Date    **September 16, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**Nathan Schwed**
Printed name

**Zeichner Ellman & Krause LLP**
Firm name

**1211 Avenue of the Americas**
**New York, NY 10036-8718**
Number, Street, City, State & ZIP Code

Contact phone    **2128265317**          Email address    **Nschwed@zeklaw.com**

**NY**
Bar number and State

9/16/18  4:47PM

| Debtor | **Blue Gold Equities LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter __11__

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Amsterdam Avenue Market LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Central Avenue Market LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Lawrence Supermarket LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Cleveland LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Clifton LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Corporate LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Express Inwood LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Lakewood LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Seasons Maryland LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Upper West Side Market LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |
| Debtor | **Wilmot Road Market LLC** | | | Relationship to you | **Affiliate** |
| District | **SDNY** | When | **8/28/18** | Case number, if known | **18-12575-MKV** |
| Debtor | **Wilmot Road Market LLC** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | | Case number, if known | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Blue Gold Equities LLC | Case No.:  18-_____  (___) |
| Debtor. | Joint Administration Requested |

**EXHIBIT "A" TO VOLUNTARY PETITION**

1.      The Debtor's common stock is not registered under section 12 of the Securities Exchange Act of 1934.

2.      The following unaudited financial data is the latest information available and is derived from the Debtor's books and records as of the Petition Date. Except where noted, the data is consolidated among the Debtor and its affiliates.[1] The Debtor has used its best efforts in compiling the information on this Exhibit "A". Nevertheless, because the data is unaudited, no certification as to its accuracy can be made.

     a.      Total assets:   $5 million
     b.      Total debts (including debts listed in 2.c., below): $42 million
     c.      Debt securities held by more than 500 holders:      N/A
     d.      100% of the Debtor's membership interest is held by Seasons Corporate LLC.

3.      Brief description of the Debtor's business:

Launched in 2010, the Company owns operates a chain of kosher supermarkets located in communities with large populations of kosher consumers in four (4) states. As of the Petition Date, the Company operates eight (8) stores, is preparing to open a new store to replace one of them and is in the midst of construction of a ninth store.

---

[1]   The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895) and Seasons Corporate LLC (2266) (collectively the "Debtors").  The mailing address for the Debtors, solely for purposes of notices and communications, is: 5 Doughty Boulevard, Inwood, NY 11096.

4.    The following entities directly or indirectly own, control, or hold with power to vote, 5% or more of the voting securities of the Debtor:

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percentage |
|---|---|---|
| Blue Wolf Investments LLC | 620,000 Class A Units | 62% |
| SKNY LLC | 150,000 Class B Units | 15% |

**CONSENT OF THE**

**SOLE MEMBER OF**

**SEASONS LAKEWOOD, LLC**, a New Jersey limited liability company
**AMSTERDAM AVENUE MARKET, LLC**, a New York limited liability company
**BLUE GOLD EQUITIES, LLC**, a New York limited liability company
**CENTRAL AVENUE MARKET, LLC**. A New York limited liability company
**SEASONS CLEVELAND, LLC**, an Ohio limited liability company
**SEASONS CLIFTON, LLC**, a New Jersey limited liability company
**SEASONS EXPRESS INWOOD LLC**, a New York limited liability company
**SEASONS MARYLAND LLC**, a Maryland limited liability company,
**WILMOT ROAD MARKET, LLC**, a New York limited liability company
**UPPER WEST SIDE SUPERMARKET LLC**, a New York limited liability company; and
**LAWRENCE SUPERMARKET LLC**, a New York limited liability company

The undersigned, constituting the sole member of **SEASONS LAKEWOOD, LLC**, a New Jersey limited liability company, **AMSTERDAM AVENUE MARKET, LLC**, a New York limited liability company, **BLUE GOLD EQUITIES, LLC**, a New York limited liability company, **CENTRAL AVENUE MARKET, LLC**. A New York limited liability company, **SEASONS CLEVELAND, LLC**, an Ohio limited liability company, **SEASONS CLIFTON, LLC**, a New Jersey limited liability company, **SEASONS EXPRESS INWOOD LLC**, a New York limited liability company, **SEASONS MARYLAND LLC**, a Maryland limited liability company, **WILMOT ROAD MARKET, LLC**, a New York limited liability company, **UPPER WEST SIDE SUPERMARKET LLC**, a New York limited liability company and **LAWRENCE SUPERMARKET LLC**, a New York limited liability (each, a "Company" and collectively, the "Companies") do hereby consent to adoption of the following resolutions which have not been amended, modified or rescinded and, accordingly, are in full force and effect as of the date hereof.

**WHEREAS**, as a result of the financial condition of the Companies, the Companies have engaged counsel and financial advisors to provide advice to the Companies regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Companies have reviewed and considered, among other things, the advice of its counsel and financial advisors and has considered the options available to the Companies, and have determined that, in their judgment, it is advisable and in the best interests of the Companies, their creditors, equity holders, employees and other interested parties that the Companies voluntarily file a petition (the "Petition") for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by each Company of the Petition, in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), substantially in the form previously presented to each Company is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that Joel Getzler, or such other person as each Company designates (each of the foregoing, individually, an "Authorized Officer" and, together, the

"Authorized Officers") be, and they hereby are authorized, empowered and directed to execute and file the Petition on behalf of each Company in order to seek relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of each Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petition or each Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that each Company is authorized to employ the law firm of Zeichner Ellman & Krause LLP, located at 1211 Avenue of the Americas, New York, New York 10036, as bankruptcy counsel to render legal services to, and to represent, the Company in its Chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each Company is authorized to employ Getzler Henrich & Associates LLC, located at 295 Madison Avenue, New York, New York 10017, as restructuring advisors for the Company in its Chapter 11 case and to employ Joel Getzler as each Company's CRO, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of each Company such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to each Company in connection with its chapter 11 case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name of the Company, to cause the Company to enter into, and to execute and deliver and take all actions necessary, proper or desirable to consummate any transaction that the Company deems necessary and appropriate, and to effectuate the foregoing, to enter into all other documents, agreements, or instruments as may be deemed necessary or appropriate by the Authorized Officers; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, certificates or other documents, and to take such other action, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary or appropriate), as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to effectuate the Companies' businesses; and it is further

**RESOLVED**, that in connection with filing of the Petition, the Authorized Officers be and they hereby are authorized, empowered and directed to proceed in seeking a Bankruptcy Court approval to enter into secured postpetition superpriority financing pursuant to the terms and conditions of that certain Debtor in Possession Financing Credit Agreement by and among the Company, its subsidiaries and affiliates as Borrowers and/or guarantors; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by any officers, directors, members or any authorized persons acting under similar authority, as the case may be, of each Company in the name and on behalf of each Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted and approved in all respects.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

**[SIGNATURE PAGE FOLLOWS]**

Dated: as of September _13_, 2018

SEASONS CORPORATE LLC, sole member of

> **SEASONS LAKEWOOD, LLC**, a New Jersey limited liability company
> **AMSTERDAM AVE. MARKET, LLC**, a New York limited liability company
> **BLUE GOLD EQUITIES, LLC**, a New York limited liability company
> **CENTRAL AVE. MARKET, LLC.** A New York limited liability company
> **SEASONS CLEVELAND, LLC**, an Ohio limited liability company
> **SEASONS CLIFTON, LLC**, a New Jersey limited liability company
> **SEASONS EXPRESS INWOOD LLC**, a New York limited liability company
> **SEASONS MARYLAND LLC**, a Maryland limited liability company
> **WILMOT RD. MARKET, LLC**, a New York limited liability company
> **UPPER WEST SIDE SUPERMARKET LLC**, a New York limited liability company
> **LAWRENCE SUPERMARKET LLC**, a New York limited liability company

By:  SKNY LLC, Class B Member

By: _____
    Name: Nathan Klein
    Title: Manager


By: _____
    Zvi Bloom, Manager


By: _____
    Mayer Gold, Manager

Dated:  as of September *13*, 2018

SEASONS CORPORATE LLC, sole member of

    **SEASONS LAKEWOOD, LLC**, a New Jersey limited liability company
    **AMSTERDAM AVE. MARKET, LLC**, a New York limited liability company
    **BLUE GOLD EQUITIES, LLC**, a New York limited liability company
    **CENTRAL AVE. MARKET, LLC**. A New York limited liability company
    **SEASONS CLEVELAND, LLC**, an Ohio limited liability company
    **SEASONS CLIFTON, LLC**, a New Jersey limited liability company
    **SEASONS EXPRESS INWOOD LLC**, a New York limited liability company
    **SEASONS MARYLAND LLC**, a Maryland limited liability company
    **WILMOT RD. MARKET, LLC**, a New York limited liability company
    **UPPER WEST SIDE SUPERMARKET LLC**, a New York limited liability company
    **LAWRENCE SUPERMARKET LLC**, a New York limited liability company

By:  SKNY LLC, Class B Member


    By:_____
        Name:
        Title:


By:  _____
      Zvi Bloom, Manager


By:  _____
      Mayer Gold, Manager

#980825v.2/MWS

Dated: as of September 13 2018

SEASONS CORPORATE LLC, sole member of

**SEASONS LAKEWOOD, LLC**, a New Jersey limited liability company
**AMSTERDAM AVE. MARKET, LLC**, a New York limited liability company
**BLUE GOLD EQUITIES, LLC**, a New York limited liability company
**CENTRAL AVE. MARKET, LLC**. A New York limited liability company
**SEASONS CLEVELAND, LLC**, an Ohio limited liability company
**SEASONS CLIFTON, LLC**, a New Jersey limited liability company
**SEASONS EXPRESS INWOOD LLC**, a New York limited liability company
**SEASONS MARYLAND LLC**, a Maryland limited liability company
**WILMOT RD. MARKET, LLC**, a New York limited liability company
**UPPER WEST SIDE SUPERMARKET LLC,** a New York limited liability company
**LAWRENCE SUPERMARKET LLC,** a New York limited liability company

By: SKNY LLC, Class B Member

By: _____
    Name:
    Title:

By: _____
    Zvi Bloom, Manager

By: _____
    Mayer Gold, Manager

4980825v 2/MWS

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Blue Gold Equities, LLC | Case No.:  18-_____ (____) |
| Debtors.[1] | Joint Administration Requested |

**CONSOLIDATED LIST OF CREDITORS HOLDING**
**THIRTY LARGEST UNSECURED CLAIMS**

Following is a consolidated list of creditors holding the 30 largest unsecured claims, as of the Petition Date. The list has been prepared based upon the books and records of the Debtor. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtor.[2]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) and Section 8 of the Court's Guidelines for First Day Motions. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895) and Seasons Corporate LLC (2266) (collectively the "Debtors"). The mailing address for the Debtors, solely for purposes of notices and communications, is: 5 Doughty Boulevard, Inwood, NY 11096.

[2]  The Debtor will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth below

of the collateral is such that the unsecured deficiency places the creditor among the holders of

the 30 largest unsecured claims.[3]

|  | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|---|
| 1 | Bank United<br>445 Broadhollow Road<br>Melville, NY 11747 | 305-569-2020 | Bank Loan | 8,800,000.00 |
| 2 | L&N Consulting<br>c/o Kasowitz Benson Torres<br>1633 Broadway<br>New York, NY 10019 | 212-506-1700 | Seller Financing Loan | 8,000,000.00 |
| 3 | Bank Capital Services<br>Dba FNB Equipment<br>1853 Highway 315<br>Pittston, PA 18640 | 216-331-1913 | Equipment Loan | 1,500,000.00 |
| 4 | Quality Glatt NJ Corp.<br>383 Kingston Avenue<br>Ste. 262<br>Brooklyn, NY 11213 | Yossi Rubashkin<br>917-903-9047 | Vendor | 1,355,473.87 |

---

[3]  The Debtor has not yet identified which of the 30 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtor reserves the right to identify any of the 30 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

| 5 | New Albertsons/<br>Acme Markets, Inc.<br>P.O. Box 956679<br>St. Louis, MO 63195 | 484-567-2373 | Landlord | 547,405.20 |
| 6 | Shloms Heimish Corp.<br>5104 12 Avenue<br>Brooklyn, NY 11219 | Leiby Berkowitz<br>718-483-4911 | Vendor | 395,185.90 |
| 7 | Kenover Marketing Corp.<br>72 New Hook Road<br>Bayonne, NJ 07002 | Effy Landsberg<br>347-515-4404 | Vendor | 343,689.14 |
| 8 | Nassau Provisions Kosher<br>200 Albany Avenue<br>Freeport, NY 11520 | Scott Horowitz<br>516-381-3691 | Vendor | 318,403.25 |
| 9 | Scarsdale Shopping Center<br>Associates LLC<br>P.O. Box 327H<br>Scarsdale, NY 10583 | 914-472-6326 | Landlord | 300,000.00 |
| 10 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 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 ext 2 | Merchant<br>Financing<br>Loan | 302,370.00 |
| 11 | Cleveland Kosher Market<br>27 Shonny Court<br>Lakewood, NJ 08701 | 732-901-7843 | Landlord | 291,663.00 |
| 12 | Main Five Co.<br>Lewis & Murphy Realty Inc.<br>47 Hillside Ave., 1st Fl.<br>Manhasset, NY 11030 | 516-627-9600 | Landlord | 272,757.77 |
| 13 | CEG Co. LLP<br>30-30 Northern Blvd.,<br>Ste. 4<br>Long Island City, NY 11101 | 516-944-5000 ext 239 | Landlord | 261,050.54 |

| 14 | SBP International<br>701 39 Street<br>Brooklyn, NY 11232 | Gary Beyer<br>718-755-2564 | Vendor | 252,110.97 |
|---|---|---|---|---|
| 15 | J&J Farms Creamery<br>57-48 49 Street<br>Maspeth, NY 11378 | Morris Glauber<br>718-490-7238 | Vendor | 248,191.60 |
| 16 | Third Nassau Corp.<br>c/o First Service Residential<br>Emerson, NJ 07630 | 212-324-9787 | Landlord | 235,449.16 |
| 17 | Blue Sky Trading<br>1556 61 Street<br>Brooklyn, NY 11219 | Pinchos Yeret<br>917-482-8854 | Vendor | 208,045.72 |
| 18 | Mechis Deli Corp.<br>741 East 9th Street<br>Brooklyn, NY 11230 | Mechy Stigman<br>718-610-9040 | Vendor | 205,394.85 |
| 19 | Flaum Appetizing<br>288 Scholes Street<br>Brooklyn, NY 11206 | Moishe Greenhut<br>646-579-1805 | Vendor | 160,002.05 |
| 20 | Raskins Fish Market<br>320 Kingston Avenue<br>Brooklyn, NY 11213 | Yossi Raskin<br>917-701-3374 | Vendor | 149,915.40 |
| 21 | Glicks<br>72 New Hood Road<br>Bayonne, NJ 07002 | Effy Landsberg<br>347-515-4404 | Vendor | 141,171.38 |
| 22 | Main Ingredient<br>467 Allwood Road<br>Clifton, NJ 07012 | Moishe Goldberg<br>201-566-1601 | Vendor | 125,474.54 |
| 23 | Golden Taste<br>318 Roosevelt avenue<br>Spring Valley, NY 10977 | 845-356-4133 | Vendor | 112,519.70 |
| 24 | RPE LLC<br>144-39 68 Road<br>Flushing, NY 11367 | 917-405-6554 | Vendor | 108,262.76 |
| 25 | Main Street Bakeshop<br>P.O. Box 110736<br>Brooklyn, NY 11211 | Yoeli Glick<br>646-339-3297 | Vendor | 105,672.13 |

| 26 | Quality Frozen Foods<br>P. O. Box 4-0322<br>Brooklyn, NY 11204 | Matis Soffer<br>917-417-5698 | Vendor | 97,612.00 |
|----|----|----|----|----|
| 27 | Lantev Distributing<br>10110A Foster avenue<br>Brooklyn, NY 11236 | Hyman Landau<br>718-240-9550<br>ext 110 | Vendor | 96,948.00 |
| 28 | Robert Spano Plumbing Inc<br>152 Adams Street<br>Bedford Hills, NY 10507 | 914-666-5313 | Vendor | 91,650.00 |
| 29 | Bagel Bites<br>240 60 Street<br>Brooklyn, NY 11220 | 718-439-8999 | Vendor | 90,074.44 |
| 30 | B&W Foods Inc.<br>72 New Hook Inc.<br>P.O. Box 82<br>Bayonne, NJ 07002 | Effy Landsberg<br>347-515-4404 | Vendor | 84,239.42 |

## DECLARATION

I, Joel Getzler, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Thirty Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated:  New York, New York
         September 16, 2018

/s/ Joel Getzler
Joel Getzler

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Blue Gold Equities, LLC | Case No.:  18-_____ (___) |
| Debtors.[1] | Joint Administration Requested |

## LIST OF EQUITY HOLDERS AND
## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities/individuals own more than 10% of Blue Gold Equities, LLC.

| Shareholder | Percentage of Total Shares |
|---|---|
| Seasons Corporate LLC | 100% |

## DECLARATION

I, Joel Getzler, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated:  New York, New York
         September 16, 2018

*/s/  Joel Getzler*
Joel Getzler

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895) and Seasons Corporate LLC (2266) (collectively the "Debtors"). The mailing address for the Debtors, solely for purposes of notices and communications, is: 5 Doughty Boulevard, Inwood, NY 11096.

A&J Produce Corp.
NY Terminal Market
140A
Bronx, NY 10474


A-1 Merchandise
170 Schuyler Avenue
North Arlington, NJ 07031


A-liminate Pest Control
8718 101 Street
Ozone Park, NY 11416


A.J. Trucco Inc.
343-344C NYC Term. Mkt.
Bronx, NY 10474


Aleph Bais Dist.
209 McLean Blvd.
Paterson, NJ 07504


Assa Abloy Entrance Sys.
P.O. Box 827375
Philadelphia, PA 19182


B&C Industries
55 Onderdonk Avenue
Ridgewood, NY 11385


Bagel Bites
240 60 Street
Brooklyn, NY 11220


Bais Medrash Ateres Yisra


Baked by Bibis LLC
2025 East 3rd Street
Brooklyn, NY 11223


Bank United
445 Broadhollow Road
Melville, NY 11747

Bay Marketing
86-90 188 Street
Hollis, NY 11423


BBM Chocolate Dist.
248 Flushing Avenue
Brooklyn, NY 11205


Best Cookies & More
500 W. John Street
Hicksville, NY 11801


Best Value Kosher Food
117 Avenue L
Newark, NJ 07105


Bethel Creamery
483 Happy Avenue
Swan Lake, NY 12783


Big Geyser Inc.
57-65 48 Street
Maspeth, NY 11378


Bimbo Foods
P.O. Box 150146
Kew Gardens, NY 11415-0146


Bloom Packaging Corp.
P.O. Box 320192
Brooklyn, NY 11232


Blue and White Foods LLC
72 New Hook Road
Bayonne, NJ 07002


Blue Sky Trading
1556 61 Street
Brooklyn, NY 11219


Brand Central
841 Madison Street
Brooklyn, NY 11221

Broadway Heights Dairy In
1510 5th Avenue
Bay Shore, NY 11706


Brooklyn Batter LLC
1815 East 21 Street
Brooklyn, NY 11229


Bubby Bailee's


Canada Dry Bottling Co.
114-02 15 Road
College Point, NY 11356


Cazenove Printers
495 West Broadway
Cedarhurst, NY 11516


Chuster Noodle Packaging
495 West Broadway
Cedarhurst, NY 11516


Classic Confections
5314 16 Avenue
Ste. 195
Brooklyn, NY 11204


Coca Cola
P.O. Box 4108
Boston, MA 02211


Coffee Distributing Corp.
200 Broadway
P.O. Box 766
New Hyde Park, NY 11040-0604


Cong. Geza Yakov
199 Lee Ave., #303
Brooklyn, NY 11211


Coosemans New York Inc.
Unit 249 Row B
NYC Terminal Market
Bronx, NY 10474

Culinary Depot


D'Arrigo Bros. Co. of NY
315 Hunts Point Terminal
Bronx, NY 10474


Daddy Delish/Chris Libert


Dagim Tahorim
1681 54 Street
Brooklyn, NY 11204


Davash Farms
P.O. Box 664
Monsey, NY 10952


Dora's Naturals Inc.
21 Empire Blvd.
South Hackensack, NJ 07606


DS Snacks
87-48 81 Ave.
Ridgewood, NY 11385


Dvash Foods USA Inc.
300 Corporate Drive
Mahwah, NJ 07430


E. Armata Fruit & Produce
114 NYC Term. Market
Bronx, NY 10474


East Coast Egg Farms
3573 Lawson Blvd.
Oceanside, NY 11572


Elby Corp.
1608 Avenue O
Brooklyn, NY 11230

Entermann's
57-54 Page Place
Maspeth, NY 11378


Epic Refrigeration
112 Capitol Avenue
2 Fl.
Williston Park, NY 11596


Evergreen Waste Corp.
P.O. Box 250
Lawrence, NY 11559


F&W Distributing


F.E.M. Food Corp.
30 Steuban Street
Brooklyn, NY 11219


Fantastic
P.O. Box 634
Carteret, NJ 07008


Fiber Gourmet Inc.


Fierman Produce Exchange


Flaum Appetizing
288 Scholes Street
Brooklyn, NY 11206


Foodco
5809 2nd Avenue
Brooklyn, NY 11220


Ford Motor Credit
P.O. Box 54200
Omaha, NE 68154

Fresh From the Heart Inc.
172 Beach 144 Street
Rockaway Park, NY 11694-1113


Freund's Fish
4301 15 Avenue
Brooklyn, NY 11219


Galil
120 Eileen Way
Syosset, NY 11791


Gevina Farms Inc.


Ginas Egoiz
2 Taitch #2
Monroe, NY 10950


Gio Caffe


Glatt Organics LLC
P.O. Box 110722
Brooklyn, NY 11211


Glicks
72 New Hook Road
Bayonne, NJ 07002


Golden Taste
318 Roosevelt Avenue
Spring Valley, NY 10977


Grab-1
38 Mariner Way
Monsey, NY 10952


Granolachik
147 Chestnut Street
Englewood, NJ 07631

GS Distribution
3333 S. Pront Street
Philadelphia, PA 19148

Haddar
72 New Hook Road
P.O. Box 82
Bayonne, NJ 07002

Hatzlacha Dist.
5114 Ft. Hamilton Pkwy
NY 11291

Herr's Foods Inc.
P.O. Box 300
Nottingham, PA 19362

Hershel's
4702 2nd Avenue
Brooklyn, NY 11232

I. Halper
51 Hook Road
Bayonne, NJ 07002

Iberia Foods Corp.
1900 Linden Blvd.
Brooklyn, NY 11207

Ice Cream House
2 Church Street
Brooklyn, NY 11218

ILM
41 Carman Avenue
Cedarhurst, NY 11516

Imperial Bag & Paper Co.
555 Routes 1 & 9
Jersey City, NJ 07306

J&J Dairy Corp.
100 Trumbull Street
Elizabeth, NJ 07206

J&J Farms Creamery
57-48 49 Street
Maspeth, NY 11378


J. Margiotta Company
100-105 NYC Terminal Mkt.
Bronx, NY 10474


James Hazar


Katzman Berry Corp.
213B NYC Terminal Mkt.
Bronx, NY 10474


Kehilas Ishei Yisrael


Kemach Food Products
9920 Farragut Road
Brooklyn, NY 11236


Kenover Marketing Corp.
72 New Hook Road
Bayonne, NJ 07002


Klein's Real Kosher Ice C
3614 15 Ave.
Brooklyn, NY 11218


Kosher First LLC (Tuv Taa
502 Flushing Avenue
Brooklyn, NY 11205


Kosher Fresh Distributors
P.O. Box 984
Lakewood, NJ 08701


Kosher Salads
182 Nostrand Avenue
Brooklyn, NY 11205

L&N Consulting Group LLC
c/o Kasowitz Benson Torre
1633 Broadway
New York, NY 10019


L.C. Citrus


Lantev Distributing Corp.
10110A Foster Avenue
Brooklyn, NY 11236


LBD Produce Inc.
NYC Terminal Market
B226
Bronx, NY 10474


Le Chocolate of Rockland
1 Ramapo Avenue
Suffern, NY 10901


Lieber's Kosher Food Spec
90 E. 5th Street
Bayonne, NJ 07002


M&K Food Distributing Inc
5 Lorimer Street, Ste. 1B
Brooklyn, NY 11206


M&M Salad Dist. Inc.
383 Kingston Ave.
PMB #290
Brooklyn, NY 11213


Main Five Co.
Lewis & Murphy Realty Inc
47 Hillside Ave. 1st Fl.
Manhasset, NY 11030


Main Street Auto Center
67-20 Main Street
Fresh Meadows, NY 11365

Main Street Bake Shop
P.O. Box 110736
Brooklyn, NY 11211


Marine Park Distribution
1521 East 32 Street
Brooklyn, NY 11234


Mayim Chaim
626 Whittier Street
Bronx, NY 10474


Mechis Deli Corp.
741 East 9 Street
Brooklyn, NY 11230


Mehadrin Ice Cream
100 Trumbull Street
NJ 07276


Met Speed Label
P.O. Box 850
Levittown, PA 19058


Mohammed Toom
29 53 Street
Brooklyn, NY 11232


Nassau Provisions Kosher
200 Albany Avenue
Freeport, NY 11520


Nathel & Nathel
NYC Terminal Market
357 Row C
Bronx, NY 10474


Natural & Tasty LLC
267 1/2 Verona Avenue
Newark, NJ 07104


Natural Earth Products
670 Thomas S. Boyland St.
Brooklyn, NY 11212

NC Tov
1484 55 Street
Brooklyn, NY 11219


Ner Mitzvah Inc.
101 West 7 Street
Bayonne, NJ 07002


Neviot Corporation
1143 East 8th Street
Brooklyn, NY 11230


Nounos Creamery
606 B. Rutgers Road
West Babylon, NY 11704


NYS Sales Tax Processing
P.O. Box 15172
Albany, NY 12212-5172


Oberlander Baking Co.
555 Cortlandt Street
Belleville, NJ 07109


Old World Marketplace
P.O. Box 144
NY 10740


Oppenheimer Chocolate USA
171 Long Avenue
Hillside, NJ 07205


Osem USA
333 Sylan Avenue
Englewood Cliffs, NJ 07632


Paleo Passion Foods LLC
15 Valley Drive
Greenwich, CT 06831


Paradise Distributors LLC
3592 Bedford Avenue
Brooklyn, NY 11210

Paradise Plastics
3301 Avenue M
Brooklyn, NY 11210


Paskesz
4473 1st Avenue
Brooklyn, NY 11232


Pepsi Cola Bottling Co.
114-02 15 Avenue
College Point, NY 11356


PMT Forklift
148-14 Liberty Avenue
Jamaica, NY 11435


Popinsanity
80 Wilder Road
Suffern, NY 10901


Print On Point
413 Central Avenue
Cedarhurst, NY 11516


Progressive Valet Parking


Quality Frozen Foods Inc.
P.O. Box 04-0322
Brooklyn, NY 11204


Quality Glatt NJ Corp.
383 Kingston Avenue
Ste. 262
Brooklyn, NY 11213


R&T Distributing


Raskins Fish Market
320 Kingston Avenue
Brooklyn, NY 11213

```
RGIS
P.O. Box 77631
Detroit, MI 48277


Royal Donuts
1274 49 Street, PMB 387
Brooklyn, NY 11219


RPE LLC


RT Direct Distributors
750 Chesnut Ridge Road
Ste. 306
Spring Valley, NY 10977


Rubin Brothers Produce Co
147-148 Row A
NY Terminal Market
Bronx, NY 10474


S&R Trading
47-02 Metropolitan Avenue
Ridgewood, NY 11385


S. Katzman Produce
NYC Terminal Market
213B
Bronx, NY 10474


SBP International Inc.
701 39 Street
Brooklyn, NY 11232


Senneth Distribution
24 Ronald Drive
Monsey, NY 10952


Setton International Food
85 Austin Blvd.
Commack, NY 11725


Signatures by ML Inc.
1332 58 Street
Brooklyn, NY 11219
```

```
SKNY LLC
200 Public Square
Ste.2500
Cleveland, OH 44114


Snapple
33-12 211 Street
Bayside, NY 11361


Springfield Group
5600 First Ave.
Brooklyn, NY 11220


Sunrise Snacks of Rocklan
787 East 27 Street
Paterson, NJ 07504


Superior Linen Supply Inc
8 Quickway Road, Unit 101
Monroe, NY 10950


The Circle
235 River Avenue
Lakewood, NJ 08701


The Kosher Cook LLC
P.O. Box 329
Cedarhurst, NY 11516


The Kosher Edge


The Rebbe's Choise
75-02 137 Street
Flushing, NY 11367


Thomas
57-54 Page Place
Maspeth, NY 11378


Top Banana LLC
413-420 Row D
NYC Terminal Market
Bronx, NY 10474
```

Twenty Four Six Food Inc.
961 Elton Street
Brooklyn, NY 11208


Universal Beverages
5314 16 Avenue, #119
Brooklyn, NY 11204


Upstate Dairy
54 Walworth Street
Brooklyn, NY 11205


Upstate Marketing Co.
23 Schunnemunk Road
Unit 101
Monroe, NY 10950


Vaad Harabonin of Queens
141-49 73 Avenue
Flushing, NY 11367


Webest Inc.
262 Heyward Street
Brooklyn, NY 11206


Whitey Produce Co. Inc.
46-48-49 Bklyn Term. Mkt.
Brooklyn, NY 11236


Y&S Coffee Co.
350 Campus Drive
Somerset, NJ 08873


Yated Ne'eman
232 Martin Luther King Dr
Lakewood, NJ 08701


Yonis Food LLC
485 Beverly Road
Teaneck, NJ 07666


Zevi's Fish
1685 McDonald Avenue
Brooklyn, NY 11230