**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Blue Gold Equities LLC, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 18-45280-nhl<br><br>(Jointly Administration Pending) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

      **PLEASE TAKE NOTICE** that DC Brothers II LLC ( "DC Brothers"), hereby appear in these chapter 11 cases by counsel, Norton Rose Fulbright US LLP, and demand, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below. An e-mail address is included and notice by e-mail is affirmatively acknowledged as being acceptable:

> Samuel S. Kohn
> James A. Copeland
> NORTON ROSE FULBRIGHT US LLP
> 1301 Avenue of the Americas
> New York, New York  10019-6022
> Telephone: (212) 408-5100
> Facsimile: (212) 541-5369
> E-mail: *samuel.kohn@nortonrosefulbright.com*
>         *james.copeland@nortonrosefulbright.com*

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, chapter 11 plan, or any other document which in any way affect the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of the DC Brothers to the jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) the DC Brothers' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the DC Brothers' rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the DC Brothers' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, or defenses to which the DC Brothers is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, and defenses, the DC Brothers expressly reserves.

Dated:  New York, New York
        September 17, 2018

    Respectfully submitted,

    **NORTON ROSE FULBRIGHT US LLP**

    By:  */s/ Samuel S. Kohn*
        Samuel S. Kohn
        *samuel.kohn@nortonrosefulbright.com*
        James A. Copeland
        *james.copeland@nortonrosefulbright.com*
        1301 Avenue of the Americas
        New York, New York 10019-6022
        Tel.: (212) 408-5100
        Fax: (212) 541-5369

    *Attorneys for the DC Brothers II LLC*