UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Blue Gold Equities LLC, *et al.*, | Case No.:   18-45280 (NHL) |
| Debtors.[1] | Joint Administration Requested |

## LIST OF CONSOLIDATED CREDITORS

---

[1]    The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895) and Seasons Corporate LLC (2266) (collectively the "Debtors").  The mailing address for the Debtors, solely for purposes of notices and communications, is: 5 Doughty Boulevard, Inwood, NY 11096.

319 Cedarbridge LLC
19 Negba St
Lakewood, NJ 08701

38 Degrees Refrigeration
124 Beachway Ave
Keansburg, NJ 07734

A B Famous Gefilte Fish
209 McLean Blvd
Paterson, NJ 07504

A J Produce Corp.
NY Terminal Market, 140A
Bronx, NY 10474

A L Foods
4200 Amos
Baltimore, MD 21215

A L Recycling
38-40 Review Ave
Long Island City, NY 11101

A M Judaica
P.O. Box 507
Monsey, NY 10952

A to Z Import Inc
301 E 88 Street
Brooklyn, NY 11236

A. Yousif
2 Bloomer Drive
Burlington, NJ 08016

A.J. Trucco Inc
343-344C NYC Term. Mkt.
Bronx, NY 10474

A-1 Merchandise
170 Schuyler Ave
North Arlington, NJ 07031

A-1 Tablecloth Co.
450 Huyler Street, Suite 102
South Hackensack, NJ 07606

Acme Paper   Supply Co.
8229 Sandy Court
P.O. Box 422
Savage, MD 20763

ACME Smoked Fish Corp.
26-56 Gem Street
Brooklyn, NY 11222

Advanced Fire Protection
2340 Monumental Ave
Halethorpe, MD 21227

Agri Processors, Inc
1465 Utica Ave
Brooklyn, NY 11234

Agri Star
5600 1st Ave
Brooklyn, NY 11220

Alarm Specialists, Inc
333 Old Tarrytown Road
White Plains, NY 10603

Albert Henek
577 Pacing Way
Westbury, NY 11590

Aleph Bais Dist.
1327 44 Street
Brooklyn, NY 11219

Aleph Bais Dist.
209 McLean Blvd
Paterson, NJ 07504

A-liminate Pest Control
8718 101 Street
Ozone Park, NY 11416

All Natural Products LLC
50-29 69 Place
Woodside, NY 11377

Allbrand Forklift
92 North Main Street
P.O. Box 473
Windsor, NJ 08561

Alle Processing
56-20 59 Street
Maspeth, NY 11378

Amby International Inc
1460 East 12 Street
Brooklyn, NY 11230

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Corporat
P.O. Box 650448
Dallas, TX 75265-0448

AMI Magazine
1575 50th Street
Brooklyn, NY 11219

AMI Magazine
22 Bartenura Road
Lakewood, NJ 08701

AP Electric Technologies
730 Ridge Ave
Lakewood, NJ 08701

Aqua Floral and Design
518 East Penn Street
Long Beach, NY 11561

Arden Inc
145-11 Jamaica Ave
Jamaica, NY 11435

Arken Inc
145-11 Jamaica Ave
Jamaica, NY 11435

Ashpa Management
P.O. Box 972
Lakewood, NJ 08701

Assa Abloy Entrance Sys.
P.O. Box 827375
Philadelphia, PA 19182

Atelier Industries
325 West 38 St, Suite 1107
New York, NY 10018

Atlantic BioFuels LLC
3102 Glen Ave
Baltimore, MD 21215

Avenue Gourmet
1601 Knecht Ave
Halethorpe, MD 21227

Avi Blonder
1670 Ryder Street
Brooklyn, NY 11234

B C Industries
55 Onderdonk Ave
Ridgewood, NY 11385

B W Food Inc
72 New Hook Road
P.O. Box 82
Bayonne, NJ 07002

B W Foods Inc.
72 New Hook Inc.
P.O. Box 82
Bayonne, NJ 07002

Bagel Bites
240 60 Street
Brooklyn, NY 11220

Bagel Bites
240 60th Street
Brooklyn, NY 11220

Bais Tova
555 Oak Street
Lakewood, NJ 08701

Baked by Bibis LLC
2025 East 3rd Street
Brooklyn, NY 11223

Baldor Specialty Foods
155 Food Center Drive
Bronx, NY 10474

Baltimore Baked Cookies
1111 Greenwood Road
Pikesville, MD 21208

Baltimore Specialty Fish
2902 Terry Dr-F
Baltimore, MD 21209

Bank Capital Services
dba FNB Equip. Finance
1853 Highway 315
Pittston, PA 18640

Bank Capital Services
dba FNB Equipment
1853 Highway 315
Pittston, PA 18640

Bank United
445 Broadhollow Road
Melville, NY 11747

Barry Mesner
780 Caffrey Avenue
Far Rockaway, NY 11691

Ba-Tampte
77 Brooklyn Terminal Mkt.
Brooklyn, NY 11236

Bay Marketing
86-90 188 Street
Hollis, NY 11423

BB Chicken Birdsboro
1100 Lincoln Road
Birdsboro, PA 19508

BBM Chocolate Dist.
16 Bloomfield Ave, Unit 100
Pine Brook, NJ 07058

BBM Chocolate Dist.
16 Bloomfield avenue
Pine Brook, NJ 07058

BBM Chocolate Dist.
16 Old Bloomfield Ave
Pine Brook, NJ 07058

BBM Chocolate Dist.
248 Flushing Ave
Brooklyn, NY 11205

Be er Mayim
262 Hooper Street
Brooklyn, NY 11211

Bedford Services Inc
5308 13 Ave, Suite 313
Brooklyn, NY 11219

Beigel Baking Co.
917 Seton Place
Brooklyn, NY 11230

Beltway Wholesale
1550 M Rear
Canton Center Drive
Halethorpe, MD 21227

Benzil
5308 13 Ave, Unit 154
Brooklyn, NY 11219

Best Cookies   More
500 W John Street
Hicksville, NY 11801

Best Value Kosher Food
117 Ave L
Newark, NJ 07105

Best Value Kosher Food
P.O. Box 5984
Newark, NJ 07105

Bestel Foods Inc
606 B Rutgers Road
West Babylon, NY 11704

Bethel Creamery
483 Happy Ave
Swan Lake, NY 12783

BGE Office
P.O. Box 13070
Philadelphia, PA 19101-3070

BH Import   Export
5308 13 Ave
Brooklyn, NY 11219

BHMT LLC
5014 16 Ave, 258
Brooklyn, NY 11219

Bi-County Industries
75 Kean Street
West Babylon, NY 11704

Big Geyser Inc
57-65 48 Street
Maspeth, NY 11378

Bimbo Foods
P.O. Box 150146
Kew Gardens, NY 11415-0146

Binah
1211 Lexington Ave
Lakewood, NJ 08701

Blok Chocolatier LLC
95 Lorimer Street, Suite 5
Brooklyn, NY 11206

Bloom Packaging Corp.
121 Thirty First Street
P.O. Box 320192
Brooklyn, NY 11232

Bloom Packaging Corp.
P.O. Box 320192
Brooklyn, NY 11232

Blue and White Foods LLC
72 New Hook Road
Bayonne, NJ 07002

Blue Sky Trading
1556 61 Street
Brooklyn, NY 11219

Blue Sky Trading
1556 61st Street
Brooklyn, NY 11219

Blue Wolf Investment, LLC
509 Cedar Hill Road
Far Rockaway, NY 11691

Bob Weiss Shelving
150 Walworth Street
Brooklyn, NY 11205

Boening Bros Inc Beer   Ale
1098 Route 109
Lindenhurst, NY 11757-0537

BP Graphics   Printing
315 Fourth Street
Lakewood, NJ 08701

Brand Central
841 Madison Street
Brooklyn, NY 11221

Broadway Heights Dairy In
1510 5th Ave
Bay Shore, NY 11706

Brooklyn Batter
1815 East 21 Street
Brooklyn, NY 11229

Brym Beverages NJ
21 Midtown Circle
Lakewood, NJ 08701

Bug A Boo
428 Clifton Ave, 165
Lakewood, NJ 08701

Butterflake Bake Shop
448 Cedar Lane
Teaneck, NJ 07666

C C Distributor LLC
1114 Ward Place
Woodmere, NY 11598-1226

Calculated Fire Protectio
Sycamore Square, 22510
Route 44
Salt Point, NY 12578

California Delight
5849 Smithway Street
Los Angeles, CA 90040

Callahead
304 Crossbay Blvd
Far Rockaway, NY 11693

Cambrit International Inc
1122 Bay 25 Street
Far Rockaway, NY 11691

Canada Dry Bottling Co.
114-02 15 Road
College Point, NY 11356

Canada Dry Bottling Co.
P.O. Box 741078
Atlanta, GA 30374-1078

Candymaven
4819 16 Ave
Brooklyn, NY 11204

Capricorn Seafood Inc
177 27 Street
P.O. Box 320198
Brooklyn, NY 11232-1624

Cazenove Printers
495 West Broadway
Cedarhurst, NY 11516

Cazenove Printers
506 Lefferts Ave, 2
Brooklyn, NY 11225

CEG Co. LLP
30-30 Northern Blvd, Suite 4
Long Island City, NY 11101

Celestial Printing
242 Moffat Street
Brooklyn, NY 11207

Central State Distributor
10 Mills Lane
Jackson, NJ 08527

Central Time Clock
5-23 50 Ave
Long Island City, NY 11101

CFED LLC
61 N Cleveland-Massillon
Akron, OH 44333

Charlex
78-26 Parkson Blvd
Fresh Meadows, NY 11366

Charter Oak Fire Insuranc
One Tower Square
Hartford, CT 06183

Chester Plastic
P.O. Box 93
Mountainville, NY 10953

Chewy
3611 14 Street, Suite 407
Brooklyn, NY 11218

Chewzy
915 E Elizabeth Ave
Linden, NJ 07036

Chizuk Amuno Congregation
8100 Stevenson Road
Pikesville, MD 21208

Chocolate Palace
4 Sanztown Road
Lakewood, NJ 08701

Chuster Noodle Packaging
495 West Broadway
Cedarhurst, NY 11516

Cintas Corporation 042
Loc. 781
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation 042
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation, 11F
Loc. 781
P.O. Box 63080
Cincinnati, OH 45263-0803

Cintas Corporation, 11F
Loc. 781
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation, 790
12 Harbor Park Drive
Port Washington, NY 11050

Clare Rose
100 Rose Executive Blvd
Shirley, NY 11967

Classic Confections
1745 Elizabeth Ave
Rahway, NJ 07065

Classic Confections
5314 16 Ave, Suite 195
Brooklyn, NY 11204

Classic Confections NJ
1745 Elizabeth Ave
Rahway, NJ 07065

Classic Systems Inc
86 Garden Street
Westbury, NY 11590

Cleveland Kosher Market
27 Shonny Court
Lakewood, NJ 08701

Cloverland Farms Dairy
2701 Loch Raven Road
Baltimore, MD 21218

CLS Planning   Constructi
200 Saw Mill Hill
Guilford, CT 06437-1019

CMI Credit Mediators
P.O. Box 456
Upper Darby, PA 19082-0456

Coca Cola
P.O. Box 4108
Boston, MA 02211

COCOs Creamery
197 Wall Street, 4W
West Long Branch, NJ 07764

Coffee Distributing Corp.
200 Broadway
P.O. Box 766
New Hyde Park, NY 11040-0604

Coffee Solutions Group
590 Smith St
Farmingdale, NY 11735

Colossal Imports LLC
1121 East 28 Street
Brooklyn, NY 11210

Computer Dimension
544 Park Ave, 21
Brooklyn, NY 11205

Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116-1702

Confires
910 Oak Tree Ave, Suite J
South Plainfield, NJ 07080

Cong. Geza Yakov
199 Lee Ave, 303
Brooklyn, NY 11211

Congregation Nitra
1 Park Lane
Monsey, NY 10952

Coosemans New York Inc
NYC Terminal Market, Unit 249 Row B
Bronx, NY 10474

Coosemans New York Inc
Unit 249 Row B
NYC Terminal Market
Bronx, NY 10474

Core 4 C LLC
330 Central Avenue
Lawrence, NY 11559

Coutros Brothers Inc
344 Elm Street
Perth Amboy, NJ 08861

Cream-O-Land
P.O. Box 146
Florence, NJ 08518

Creative Metal Works
18 South 20 Street
Irvington, NJ 07111

Crestmark Equipment Finan
P.O. Box 233756
3756 Momentum Place
Chicago, IL 60688

Croton Farms
3874 Danbury Road
Brewster, NY 10509

Crown Fire Protection
P.O. Box 1179
West Babylon, NY 11704

Crown Products
P.O. Box 696
Main Station
Yonkers, NY 10703

Crusters
916 Penn Street
Brooklyn, NY 11211

Culinary Depot
2 Melnick Drive
Monsey, NY 10952

D Arrigo Bros. Co. of NY
315 Hunts Point Terminal
Bronx, NY 10474

D R Central Inc
P.O. Box 190380
Brooklyn, NY 11219

D.H.   S Israeli Import
633 Berriman Street
Brooklyn, NY 11208

Dagim Tahorim
1681 54 Street
Brooklyn, NY 11204

Daniel M. Polli Inc
P.O. Box 723
Chester, NY 10918

Darling International
825 Wilson Ave
Newark, NJ 07105

Darrigo Bros.
315 Hunts Point Term. Mkt
Bronx, NY 10474

Davash Farms
P.O. Box 664
Monsey, NY 10952

Dave s Landscaping
416 Ashley Ave
Lakewood, NJ 08701

David Bloom
445 Central Ave., Suite 205
Cedarhurst, NY 11691

David Elliot Poultry
300 Breck Street
Scranton, PA 18505

Decoline
4504 18 Ave
Brooklyn, NY 11204

Dependable Food Corp.
29 Executive Ave
Edison, NJ 08817-7839

DIPZ
P.O. Box 560
Monsey, NY 10952

Dora s Naturals Inc
21 Empire Blvd
South Hackensack, NJ 07606

DS Snacks
87-48 81 Ave
Ridgewood, NY 11385

Duane Morris Llp
1540 Broadway
New York, NY 10036-4086

Dvash Foods USA Inc
2 Brewer Road
Monsey, NY 10952

Dvash Foods USA Inc
300 Corporate Drive
Mahwah, NJ 07430

E M Ice Cream
701 Zerega Ave
Bronx, NY 10473

E. Armata Fruit   Produce
114 NYC Term. Market
Bronx, NY 10474

East Coast Egg Farms
2500 83 Street
North Bergen, NJ 07047

East Coast Egg Farms
3573 Lawson Blvd
Oceanside, NY 11572

East Coast Paper Inc
3500A Hampton Road
Oceanside, NY 11572

Eastern Lift Truck Co. In
P.O. Box 307
Maple Shade, NJ 08052

Ecolab Institutional
24198 Network Place
Chicago, IL 60673-1241

El Cafe USA Inc
641 Lexington Ave
New York, NY 10022

Elby Corp.
1608 Ave O
Brooklyn, NY 11230

Entermann s
57-54 Page Place
Maspeth, NY 11378

Epic Culinary
1421 Locust Ave
Brooklyn, NY 11230

Epic Refrigeration
112 Capitol Ave, 2nd Floor
Williston Park, NY 11596

Esther Deutsch
1136 58th Street
Brooklyn, NY 11219

Evergreen Waste Corp.
P.O. Box 250
Lawrence, NY 11559

Excellence Chocolates
160 Chemen Bates 102
Ville Mont-Royal, QC H3S 1A3
Canada

F W Distributing
P.O. Box 1025
Monsey, NY 10952

F.E.M. Food Corp.
30 Steuban Street
Brooklyn, NY 11219

Falcone Baking Co.
1649-1657 61 Street
Brooklyn, NY 11204

Fantastic
P.O. Box 634
Carteret, NJ 07008

Federal Cleaning Contract
P.O. Box 518
Manasquan, NJ 08736

Ferrari
96 Linwood Plaza, 406
Fort Lee, NJ 07024

Fierman Produce Exchange
247-252 Hunts Point Marke
Bronx, NY 10474

First Choice
6700 Essington Ave, Unit D-1
Philadelphia, PA 19153

Flaum Appetizing
288 Scholes Street
Brooklyn, NY 11206

Foodco
5809 2nd Ave
Brooklyn, NY 11220

Ford Motor Credit
P.O. Box 54200
Omaha, NE 68154

FPPTLC, Inc
400 Mt. Wilson Lane
Baltimore, MD 21280

Franklin Printing
1810 Flatbush Ave
Brooklyn, NY 11210

Fresco
258 Hunts Point Term. Mkt
Bronx, NY 10474

Fresh Checked
585 Marcy Ave, Suite 4J
Brooklyn, NY 11206

Fresh From the Heart Inc
172 Beach 144 Street
Rockaway Park, NY 11694-1113

Fresh Pro Food Distributo
2 Dedrick Place N, 2285
Caldwell, NJ 07007

Fresh-N-Daily
1274 49 Street, Suite 442
Brooklyn, NY 11219

Fresh-N-Daily
932 E 28 Street
Brooklyn, NY 11210

Freshpro Food Distributor
2 Dedrick Place
CN2285
Caldwell, NJ 07007

Freund s Fish
4301 15 Ave
Brooklyn, NY 11219

Fried s Egg Market
30 Steuben Street
Brooklyn, NY 11205

Friend s Painting
5 Stevenson Ave
Cortlandt Manor, NY 10567

Fruitco Corp.
431 Row D
NYC Terminal Market
Bronx, NY 10474

G K Services
P.O. Box 842385
Boston, MA 02284-2385

G P Gourmet
P.O. Box 340978
Brooklyn, NY 11234

G.I.T. USA
328 Cranford Road
Cherry Hill, NJ 08003

Galil
120 Eileen Way
Syosset, NY 11791

Galil Importing Corp.
120 Eileen Way
Syosset, NY 11791

Garden of Eat In
1416 Ave J
Brooklyn, NY 11230

Gary Grossman Inc
130 Teresa Lane
Mamaroneck, NY 10543

GEM Wholesale
11 Brisk Lane
Lakewood, NJ 08701

General Trading Co.
455 Sixteenth Street
Carlstadt, NJ 07072

Gertels Bake Shop
101 Steuben Street
Brooklyn, NY 11205

Gevina Farms Inc
316 First St
Elizabeth, NJ 07206

Gevina Farms Inc
316 First St
Elizabethport, NJ 07206

Gila Greeen
1218 59th Street
Brooklyn, NY 11219

Ginas Egoiz
2 Taitch, 2
Monroe, NY 10950

Gio Caffe
2148 East 2nd Street
Brooklyn, NY 11223

Glatt Organics LLC
P.O. Box 110722
Brooklyn, NY 11211

Glicks
72 New Hood Road
Bayonne, NJ 07002

Glicks
72 New Hook Road
Bayonne, NJ 07002

Global Pest Control
382a Route 59, Suite 105
Monsey, NY 10952

Gold Confections
3 Chestnut Street
Suffern, NY 10901

Gold Nut Co.
445 Park Ave
Brooklyn, NY 11205

Golden Flow
54 Walworth Street
Brooklyn, NY 11205-0795

Golden Fluff, Inc
118 Monmouth Ave
Lakewood, NJ 08701

Golden Taste
318 Roosevelt Ave
Spring Valley, NY 10977

Good Fellas
6024 20 Ave
Brooklyn, NY 11204

Gotta Get a Bagel
1039 Broadway
Woodmere, NY 11598

Grab-1
38 Mariner Way
Monsey, NY 10952

Granolachik
147 Chestnut Street
Englewood, NJ 07631

Graze
143 Washington Ave
Lawrence, NY 11559

Great American Financial
P.O. Box 660831
Dallas, TX 75260-0831

Greek Heritage Foods
136 Madison Ave, 5th Floor
New York, NY 10016

Green and Ackerman Bakery
65 Franklin Ave
Brooklyn, NY 11205

Grow   Behold Foods
15 Chadbourne Road
Rochester, NY 14618

GS Distribution
3333 S Pront Street
Philadelphia, PA 19148

Haddar
72 New Hook Road
P.O. Box 82
Bayonne, NJ 07002

Hajjar Gourmet Foods
15 Whiteweld Terrace
Clifton, NJ 07013

Hamodia
207 Foster Ave
Brooklyn, NY 11230

Handee Products
5785 Pare Street
Montreal, QC H4P 1S1
Canada

Hanmi Bank
c/o AVP Collections
P.O. Box 2149
Gig Harbor, WA 98335

Harold Levinson Associate
21 Banfi Plaza
Farmingdale, NY 11735

Hatzlacha Dist.
5114 Ft. Hamilton Pkwy
Brooklyn, NY 11219

Hebrew Academy of Long Be
132 Spruce Street
Cedarhurst, NY 11516

HED Distributors LLC
841 Madison Street
Brooklyn, NY 11221

Heritage Systems Inc
348 Huntingdon Ave
Waterbury, CT 06708

Herr s Foods Inc
P.O. Box 300
Nottingham, PA 19362

Hershel s
4702 2nd Ave
Brooklyn, NY 11232

Hewlett Window Cleaning
375 Sunrise Highway
Lynbrook, NY 11563

Hizme Foods Inc
6002 Wallis Ave
Baltimore, MD 21215

Holon
527 Kings Highway
Brooklyn, NY 11223

Homeland Surveillance
715 East 7th Street
Brooklyn, NY 11218

Hot Bagels - Teaneck
976 Teaneck Road
Teaneck, NJ 07666

Huguenot Sales Co.
1135 Southern Blvd
Bronx, NY 10459

I. Halper
51 Hook Road
Bayonne, NJ 07002

I. Halper Paper   Supp
51 Hook Road
Bayonne, NJ 07002

Iberia Foods Corp.
1900 Linden Blvd
Brooklyn, NY 11207

Ice Cream House
2 Church Street
Brooklyn, NY 11218

Ice Cream House
3624 15 Ave
Brooklyn, NY 11218

ILM
41 Carman Ave
Cedarhurst, NY 11516

ILM Kosher Food
1342 Sterling Place, Suite 2B
Brooklyn, NY 11213

IMF Food Group
450 Kent Ave, Suite 4A
Brooklyn, NY 11249

Imperial Bag   Paper Co.
255 Routes 1   9
Jersey City, NJ 07306

Imperial Bag   Paper Co.
555 Routes 1   9
Jersey City, NJ 07306

Incento Magic Inc
225 Route 1   9
Jersey City, NJ 07306

Incento Magic Inc
345 Lawrence Ave
Lakewood, NJ 08701

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Waste Services
P.O. Box 554744
Detroit, MI 48255

Israel Beigels Baking
5700 Ave D
Brooklyn, NY 11203

ISSM Protective Services
45 Forshay Road
Monsey, NY 10952

J J Creamery
57-48 49th Street
Maspeth, NY 11378

J J Dairy Corp.
100 Trumbull Street
Elizabethport, NJ 07206

J J Dairy Corp.
100 Trumbull Street
Elizabeth, NJ 07206

J J Farms Creamery
57-48 49 Street
Maspeth, NY 11378

J J Farms Creamery
57-48 49th Street
Maspeth, NY 11378

J S Associates LLC
P.O. Box 670722
Flushing, NY 11367

J s Discount Wholesale
4139 Amos Ave
Baltimore, MD 21215

J. Margiotta Company
100-105 NYC Terminal Mkt.
Bronx, NY 10474

JC Sewer   Drain Service
1481 Egmont Place
Far Rockaway, NY 11691

JDN Marketing Inc
1303 53 Street, 175
Brooklyn, NY 11219

Jewish Educational Toys
234 Ninth Street
Braddock, PA 15104

Jewish Press
4915 16 Ave
Brooklyn, NY 11204

Jewish Press
Attn  B. Markowitz
174 Lynch Street
Brooklyn, NY 11206

Jewish Press
B. Markowitz
174 Lynch Street
Brooklyn, NY 11206

Jewish Standard
1086 Teaneck Road
Teaneck, NJ 07666

JMD Network LLC
1227 51 Sreet, Suite B-6
Brooklyn, NY 11219

John J. Tacetta, P.E.
546 Blydenburgh Road
Hauppauge, NY 11788

Kalypso Farm Dairy Inc
3 Pioneer Court
Huntington Stati, NY 11746

Kasowitz Benson Torres Llp
Attn  Robert M. Novick
1633 Broadway
New York, NY 10019

Katz Gluten Free
51 Forest Road, Suite 316
58
Monroe, NY 10950

Katz Gluten Free
P.O. Box 272
Mountainville, NY 10953

Katzman Berry Corp.
213B NYC Terminal Mkt.
Bronx, NY 10474

KDI Atlantic Foods
100 Heartland Blvd
Brentwood, NY 11717

Kel Chai Corp.
1 Engle Street
Englewood, NJ 07631

Kemach Food Products
9920 Farragut Road
Brooklyn, NY 11236

Kenover Marketing Corp.
72 New Hook Road
Bayonne, NJ 07002

Kindline Enterprise Inc
5309 18 Ave, Suite 6
Brooklyn, NY 11204

KingZak Industries Inc
3 Police Drive
P.O. Box 1029
Goshen, NY 10924

Kiryas Joel Poultry
Processing Plant
P.O. Box 596
Monroe, NY 10949

KL Products LLC
141-17 72 Drive
Flushing, NY 11367

Kleen Kut Inc
165 Casson Ave
Brooklyn, NY 11205

Klein s Naturals
4702 2nd Ave
Brooklyn, NY 11232

Klein s Real Kosher Ice C
3614 15 Ave
Brooklyn, NY 11218

Klestadt Winters Jureller Southard   Ste
Attn  Tracy Klestadt/Ian Winters
200 West 41st Street
17th Floor
New York, NY 10036

Kol HaBirah LLC
1111 University Blvd W, Suite 305
Silver Spring, MD 20902

Kosher Club Sales
23 Williams Street
Lakewood, NJ 08701

Kosher First LLC Tuv Taa
502 Flushing Ave
Brooklyn, NY 11205

Kosher Fresh Distributors
P.O. Box 984
Lakewood, NJ 08701

Kosher Line Distribution
38 Irene Court
Lakewood, NJ 08701

Kosher Salads
182 Nostrand Ave
Brooklyn, NY 11205

Kosher Salads
953 53 Street
Brooklyn, NY 11219

Kosher Truck LLC
3424 Ludgate Road
Baltimore, MD 21215

Kosherline LLC
38 Irene Court
Lakewood, NJ 08701

Krasdale Foods Inc
400 Food Center Drive
Bronx, NY 10474

L N Consulting
c/o Kasowitz Benson Torres
1633 Broadway
New York, NY 10019

L N Consulting Group LLC
c/o Kasowitz Benson Torre
1633 Broadway
New York, NY 10019

L R Distributors inc.
26800 Network Place
Chicago, IL 60673

Lakewood Matzoh Bakery
P.O. Box 431
Lakewood, NJ 08701

Lamonica Herbst   Maniscalco, Llp
Attn  Jordan Pilevsky
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

Lance Kravis
19 Glenmere Lane
Commack, NY 11725

Lantev Distributing Corp.
10110A Foster Ave
Brooklyn, NY 11236

Larchmont Window Cleaning
P.O. Box 63
Larchmont, NY 10538

Lawrence Sales
P.O. Box 984
Lakewood, NJ 08701

LBD Produce Inc
NYC Terminal Market, B226
Bronx, NY 10474

Le Chocolate
1 Ramapo Ave
Suffern, NY 10901

Le Chocolate
2 Ramapo Ave
Suffern, NY 10901

Le Chocolate of Rockland
1 Ramapo Ave
Suffern, NY 10901

Lee Distributors
303 Stanley Ave
Brooklyn, NY 11207

Lieber s Kosher Food Spec
52-15 Flushing Ave
Maspeth, NY 11378

Lieber s Kosher Food Spec
90 E 5th Street
Bayonne, NJ 07002

Lieber s Kosher Foods Inc
52-15 Flushing Ave
Maspeth, NY 11378

Liftco Elevator
P.O. Box 1413
Spring Valley, NY 10977

Limation Inc
181C East Jamaica Ave
Valley Stream, NY 11580

Lowitt Alarms   Security
25 Bethpage Road
Hicksville, NY 11801-1525

Luce Schwab   Kase
9 Gloria Lane
Caldwell, NJ 07007

M K Food Distributing Inc
5 Lorimer Street, Suite 1B
Brooklyn, NY 11206

M M Food Distribution
19 Saimar Drive, Unit 201
Monroe, NY 10950

M M Food Services
288 Scholes Street
Brooklyn, NY 11206

M M Salad Dist. Inc
383 Kingston Ave, PMB, 290
Brooklyn, NY 11213

M P Distributors
543 Bedford Ave
PMB 138
Brooklyn, NY 11211

M Z Enterprise LLC
34 Caranetta Drive
Lakewood, NJ 08701

M. Vergara Associates
200 Jericho Turnpike
Floral Park, NY 11001

Maffei Cutlery
6119 Adams Street
West New York, NJ 07093

Main Five Co.
Lewis   Murphy Realty Inc
47 Hillside Ave 1st Fl.
Manhasset, NY 11030

Main Ingredient
467 Allwood Road
Clifton, NJ 07012

Main Street Auto Center
67-20 Main Street
Fresh Meadows, NY 11365

Main Street Bake Shop
P.O. Box 110736
Brooklyn, NY 11211

Manhattan Beer Distributo
955 East 149 Street
Bronx, NY 10455-2097

Manhattan Snacks
898 Chicken Valley Road
Locust Valley, NY 11560

Marine Park Distribution
1521 East 32 Street
Brooklyn, NY 11234

Marshmallow Comics LLC
1405 56 Street
Brooklyn, NY 11291

Marshmallow Comics LLC
1405 56 Street
Brooklyn, NY 11219

Martin Bamberger Co.
4110 Pinkney Road
Baltimore, MD 21215

Martin s Potato Chips Inc
P.O. Box 28
Thomasville, PA 17364

Matzot Charlap
78-26 Parsons Blvd
Fresh Meadows, NY 11366

Mayer Gold
917 Plainview Ave.
Far Rockaway, NY 11691

Mayim Chaim
626 Whittier Street
Bronx, NY 10474

MB Kosher Distr.
1365 39 Street
Brooklyn, NY 11218

Meant to Be Natural Foods
21 Bush Lane, 3
Spring Valley, NY 10977

Mechis Deli Corp.
741 East 9 Street
Brooklyn, NY 11230

Mechis Deli Corp.
741 East 9th Street
Brooklyn, NY 11230

Mechy s Deli
330 Central Ave
Lawrence, NY 11559

Mechy s Deli
68-18 Main Street
Flushing, NY 11367

Mehadrin Ice Cream
100 Trumbull Street
Elizabethport, NJ 07206

Mehadrin Ice Cream
100 Trumbull Street
Elizabeth, NJ 07206

Mehadrin Ice Cream
100 Trumbull Street
Elizabeth, NJ 07276

Meltzer Lippe Goldstein
190 Willis Ave
Mineola, NY 11501

Menachems Dips
103 Chateau Drive
Lakewood, NJ 08701

Meraki Direct Inc
606 Hutgers Road
West Babylon, NY 11704

Merchants Burglar Alarms
203 Patterson ave.
Wallington, NJ 07057

Mesivta Tiferes Shmiel
Aleksander
P.O. Box 191176
Brooklyn, NY 11219

Met Speed Label
P.O. Box 850
Levittown, PA 19058

Micon Industries LLC
P.O. Box 267
Suffern, NY 10901

Mid-Atlantic Media
11459 Cronhill Drive, Suite A
Owings Mills, MD 21117

Mishpacha Magazine
5809 16 Ave
Brooklyn, NY 11204

MJA Citrus
126 Peninsula Drive
Babylon, NY 11702

Mohammed Toom
29 53 Street
Brooklyn, NY 11232

Mopac-Rendering
P.O. Box 64395
Souderton, PA 18964

Moshe Bloom
731 Henry Road
Far Rockaway, NY 11691

Nassau Candy
530 West John Street
Hicksville, NY 11801

Nassau County Polic Dept.
1490 Franklin Ave
Mineola, NY 11501

Nassau Provisions Kosher
200 Albany Ave
Freeport, NY 11520

Nathel   Nathel
NYC Terminal Market
357 Row C
Bronx, NY 10474

Natural   Tasty LLC
267 1/2 Verona Ave
Newark, NJ 07104

Natural Earth Products
361 Van Sinderen Ave
Brooklyn, NY 11207

Natural Earth Products
670 Thomas S Boyland St
Brooklyn, NY 11212

Nature s Bandits LLC
P.O. Box 541
Riverside, CT 06878

NC Tov
1484 55 Street
Brooklyn, NY 11219

Neiman Wholesale Dist.
382 R. 59, Suite 342
Monsey, NY 10952

Ner Mitzvah Inc
101 West 7 Street
Bayonne, NJ 07002

Nestle Waters NA-Inc
P.O. Box 277015
Atlanta, GA 30384-7015

Neviot Corporation
1143 East 8th Street
Brooklyn, NY 11230

New Albertsons / Acme Markets, Inc.
P.O. Box 956679
St. Louis, MO 63195

New Albertsons Corp.
Acme Markets
P.O. Box 956679
Saint Louis, MO 63195

New York American Water
P.O. Box 371332
Pittsburgh, PA 15250-7332

New York Bottling Co.
626 Whittier Street
Bronx, NY 10474

New York City Human Resources Admin.
Attn  Legal Department
180 Water Street, Floor 1
New York, NY 10038

New York State Department of Health
Office of the Commissioner
Corning Tower
Empire State Plaza, Room 1043
Albany, NY 12237

New York State Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

Nianday Plumbing
1211 University Ave
Bronx, NY 10452

Nigun Music Inc
1124 42 Street
Brooklyn, NY 11219

Nili s Fine Food
303 East 83 Street, Suite 15E
New York, NY 10028

Nitti Hood Cleaning
58 Bloomfield avenue
Iselin, NJ 08830

Northeast Banana Corp.
P.O. Box 354
Massapequa Park, NY 11762

Northwestern Refuse
2001 Windsor Ave
Baltimore, MD 21217

Norton Rose Fulbright Us Llp
Attn  Samuel Kohn/James Copeland
1301 Avenue of the Americas
New York, NY 10019-6022

Nounos Creamery
606 B. Rutgers Road
West Babylon, NY 11704

Nutri-Supreme
4315 14 Street
Brooklyn, NY 11219

NY Container   Trailer
1015 North Wellwood Ave
Lindenhurst, NY 11757

NYC Citrus
39-29 221 Street
Bayside, NY 11361

NYS Department of Taxation and Finance
Attn  Office of Counsel
Bldg 9, WA Harriman Campus
Albany, NY 12227

NYS Department of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

Oberlander Baking Co.
555 Cortlandt Street
Belleville, NJ 07109

Ocean Beverage
P.O. Box 782
Lakewood, NJ 08701

Office MD-1 Inc
1391 Sawgrass Corp. Place
Fort Lauderdale, FL 33323

Office of the Attorney General
Attn  Laura A. Sprague
AAG Charities Bureau
The Capitol
Albany, NY 12224

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Office of the United States Trustee
Acting Assistant U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Office of the United States Trustee
Acting Assistant U.S. Trustee
Alfonse D Amato Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456

Office of the United States Trustee
Attn  William K. Harrington
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Oil Line Inc
P.O. Box 750223
Forest Hills, NY 11375

Old World Marketplace
P.O. Box 144
Yonkers, NY 10740

Old World Marketplace
P.O. Box 144
Yonkers, NY 10704

On Hold Marketing
52 Main Street, Studio 3
Succasunna, NJ 07876

One Drop
520 E 76 Street, Apt 14B
New York, NY 10021

ON-IT Refrigeration
239 Robinson Ave, Suite 2
Bronx, NY 10465

Oppenheimer Chocolate USA
171 Long Ave
Hillside, NJ 07205

Optimum
P.O. Box 371378
Pittsburgh, PA 15250-7378

Ortmayer
855 Williams Ave
Brooklyn, NY 11207

Osem USA
333 Sylan Ave
Englewood Cliffs, NJ 07632

Ostreicher
205 Keap Street
Brooklyn, NY 11211

Oxford Health Insurance
P.O. Box 29135
Hot Springs Nati, AR 71903

Pagano Melon Corp.
97 Brooklyn Term. Mkt.
Brooklyn, NY 11236

Paleo Passion Foods LLC
15 Valley Drive
Greenwich, CT 06831

Paradise Distributors LLC
3592 Bedford Ave
Brooklyn, NY 11210

Paradise Plastics
3301 Ave M
Brooklyn, NY 11210

Park Hatters
1310 48 Street
Brooklyn, NY 11219

Pas Yisroel Inc
917 Seton Place
Brooklyn, NY 11230

Paskesz
4473 1st Ave
Brooklyn, NY 11232

Passaic-Clifton Kashrus
279 Brook Ave
Passaic, NJ 07055

Penn Jersey Paper Co.
P.O. Box 820974
Philadelphia, PA 19182-0974

Pepsi Cola Bottling Co.
114-02 15 Ave
College Point, NY 11356

Pestco
1257 42 Street
Brooklyn, NY 11291

PFA Distribution
39 John Street
New Rochelle, NY 10805

Pier 18
4904 18th Ave
Brooklyn, NY 11204

Pinchos Lipshutz
55 Olympia Lane
Monsey, NY 10952

PMT Forklift
148-14 Liberty Ave
Jamaica, NY 11435

Popinsanity
80 Wilder Road
Suffern, NY 10901

Precise Plumbing
73 Porete Ave
North Arlington, NJ 07031

Preferred Elevator Compan
7110 Golden Ring Road, Suite 102
Essex, MD 21221

Pride of the Farm LLC
120 Iris Road
Lakewood, NJ 08701

Pride of the Farm LLC
400 Mt. Wilson Lane
Pikesville, MD 21208

Prime Packaging
1290 Metropolitan Ave
Brooklyn, NY 11237

Print on Point
413 Central Ave
Cedarhurst, NY 11516

Prudential
1245 East 13 Street
Brooklyn, NY 11230

PSEG LI
P.O. Box 9039
Hicksville, NY 11802-9309

Public Service Truct Rent
25-61 49 Ave
Long Island City, NY 11101

Pure Foods
3 Renee Court
Lakewood, NJ 08701

Quality Frozen Foods
P.O. Box 4-0322
Brooklyn, NY 11204

Quality Frozen Foods Inc
1663 62nd Street
P.O. Box 04-0322
Brooklyn, NY 11204

Quality Frozen Foods Inc
P.O. Box 04-0322
Brooklyn, NY 11204

Quality Glatt NJ Corp.
383 Kingston Ave, Suite 262
Brooklyn, NY 11213

Quality Yeast   Dist.
23 Shunemunk Road, 101
Monroe, NY 10950

Queens Pita Bakery
68-34 Main Street
Flushing, NY 11367

Queens Pita Inc
35 Satmar Drive, 111
Monroe, NY 10950

R L Goods Distr. Inc
1123 49 Street
Brooklyn, NY 11219

R S Sewer Contractors
400 Faraday Ave
Lakewood, NJ 08701

R T Distributing
5014 16 Ave
Brooklyn, NY 11204

R T Distributing
750 Chestnut Ridge Road, Suite 360
Spring Valley, NY 10977

R Z Filter Service
34 Eagle Lane
Lakewood, NJ 08701

R.D. Sales Door  Hardwar
220 West Park, Unit 3
Pompton Plains, NJ 07444

R.W. Sauder Inc
P.O. Box 427570
Furnace Hill Pike
Lititz, PA 17543

Rainforest Distribution C
20 Pulaski Street, Suite A
Bayonne, NJ 07002

Raskins Fish Market
320 Kingston Ave
Brooklyn, NY 11213

Reisman s
P.O. Box 112
Brooklyn, NY 11204

Repair Master Inc
213-54 34 Road
Bayside, NY 11361

RGIS
P.O. Box 77631
Detroit, MI 48277

Ritz Flooring
14909 Calvert St
Van Nuys, CA 91411

Robert M. Spano
152 Adams Street
Bedford Hills, NY 10507

Robert Spano Plumbing Inc
152 Adams Street
Bedford Hills, NY 10507

Royal Donuts
1274 49 Street, PMB 387
Brooklyn, NY 11219

Royal Fish
84 E Route 59
Monsey, NY 10952-3741

Royal Kosher Foods
1274 49 Street
PMB 387
Brooklyn, NY 11219

Royal Kosher Foods
4309 14 Ave
Brooklyn, NY 11219

RT Direct Distributors
750 Chesnut Ridge Road, Suite 306
Spring Valley, NY 10977

Rubin Brothers Produce Co
147-148 Row A
NY Terminal Market
Bronx, NY 10474

S O
750 Lexington Ave
New York, NY 10022

S R Trading
47-02 Metropolitan Ave
Ridgewood, NY 11385

S. Bertram Inc
15 America Ave
Lakewood, NJ 08701

S. Bertram Inc
3401 Tremley Point Road
P.O. Box 4129
Linden, NJ 07036

S. Bertram Inc
P.O. Box 839
Lakewood, NJ 08701

S. Katzman Produce
213B NYC Terminal Mkt.
Bronx, NY 10474

S. Katzman Produce
NYC Terminal Market, 213B
Bronx, NY 10474

S.O.S. Distribution
93 First Ave
East Rockaway, NY 11518

Safety Sprinkler
1070 38 Street
Brooklyn, NY 11219

Sally Williams Fine Foods
1234 NE 4th Ave, Suite B
Fort Lauderdale, FL 33304

Same Day Delivery
P.O. Box 21011
New York, NY 10087

Sami Ks Bakery LLC
3500 Sunset Ave, Suite A4
Asbury Park, NJ 07712

Say it With Cake
510 West 123 Street
New York, NY 10027

SBP International
701 39th Street
Brooklyn, NY 11232

SBP International Inc
701 39 Street
Brooklyn, NY 11232

Scarsdale Shopping Center Associates Llc
P.O. Box 327h
Scarsdale, NY 10583

Schmidt Baking Co.
P.O. Box 418770
Boston, MA 02241-8770

Schoke JFS
733 Summer Street
Stamford, CT 06901

Schwartz Appetizing
2 Bluefiedl Drive, 203
Spring Valley, NY 10977

Scientic Fire Prevention
47-25 34 Street, Suite 203
Floral Park, NY 11001

Scientic Fire Prevention
54-59 43 Street
Maspeth, NY 11378

Seaview Beverage
195 Lehigh Ave
Lakewood, NJ 08701

Securities   Exchange Commission
Northeast Regional Office
Attn  John Murray
Woolworth Building, 233 Broadway
New York, NY 10279

Senneth Distribution
24 Ronald Drive
Monsey, NY 10952

Setton International Food
85 Austin Blvd
Commack, NY 11725

Shapiros Bakery Wholesale
284 Cedar Bridge Ave
Lakewood, NJ 08701

Shefa Foods
P.O. Box 223
Monsey, NY 10952

Shindler Food
4222 Amos ave.
Baltimore, MD 21215

Shloms Heimish Corp.
5104 12 Ave
Brooklyn, NY 11219

Shortall Electrique
665 Montee De Liesseville
St. Laurent
Quebec, ON H4T 1P5
Canada

Shrems Bakery
4 Irene Drive
Monroe, NY 10950

Shwartz Appetizing
2 Bluefield Drive, Unit 203
Spring Valley, NY 10977

Signatures by ML Inc
1332 58 Street
Brooklyn, NY 11219

Simco Logistics
P.O. Box 829815
Philadelphia, PA 19182-9815

Simon  Oliveri
750 Lexington Ave, 17 Fl
New York, NY 10022

Simply Food
P.O. Box 320182
Brooklyn, NY 11232

Simply Sushi
33 Curtis Ave
West Orange, NJ 07052

SKNY LLC
200 Public Square, Suite 2500
Cleveland, OH 44114

SKNY LLC
c/o Seasons
509 Cesar Hill Road
Far Rockaway, NY 11691

Snapple
33-12 211 Street
Bayside, NY 11361

Snapple Distributors
12891Collections Center
Chicago, IL 60693

Speedy Graphic
3700 Clarks Lane
Baltimore, MD 21215

Spilman Treats
48-09 New Utrecht Ave
Brooklyn, NY 11209

Spring Valley Dairy Farms
P.O. Box 742
Monsey, NY 10952

Springfield Group
5600 First Ave
Brooklyn, NY 11220

Sprinkles
37 George Street
Hackensack, NJ 07601

Srulis Autoworks
1149 Tiffany Ave
Lakewood, NJ 08701

St. Distributors LLC
Chilla Beverages
2833 Smith Ave, 264
Baltimore, MD 21209

Star-K Certification Inc
122 Slade Ave, Suite 300
Pikesville, MD 21208

State of NJ
Off. of Weights   Measure
1261 Routes 1   9 South
Avenel, NJ 07001-1647

State of NJ DCA
BFCE-DORES
P.O. Box 663
Trenton, NJ 08646

Sterling Sales
P.O. Box 190055
Brooklyn, NY 11219

Stiac Professionally Clea
539 Marc Drive
Crystal Spring, PA 15536-6000

Strauss Bakery
1430 37 Street
Brooklyn, NY 11218

Suburban Carting
P.O. Box 5102
White Plains, NY 10602

Sungood Inc
5014 16 Ave, Suite 2
Brooklyn, NY 11204

Sunrise Snacks of Rocklan
787 East 27 Street
Paterson, NJ 07504

Superio
P.O. Box 2368
Monroe, NY 10949

Superior Linen Supply Inc
8 Quickway Road, Unit 101
Monroe, NY 10950

Supermarket Checkout LLC
50 Landscape Ave
Yonkers, NY 10705

Supermarket Needs Corp.
1135 Southern Blvd
Bronx, NY 10459

Sweet   Good Catering
6811 Cherokee Drive
Baltimore, MD 21209

Sweet-Nes Enterprises
5414 New Utrecht Ave
Brooklyn, NY 11219

Syrian Specialties
72 Glen Ave
Lakewood, NJ 08701

Sysco Baltimore
P.O. Box 1099
Jessup, MD 20794

Table Linen
101 Chateau Drive
Lakewood, NJ 08701

Tanya Rosen Inc
3817 13 Ave
Brooklyn, NY 11218

Tasty Baking Company
4300 South 26 Street
Philadelphia, PA 19112

Tasty Distributors Inc
6 Mordche Scher Blvd, 301
Monroe, NY 10950

Temple Beth El
350 Roxbury Road
Stamford, CT 06902

The CEG Company LLP
30-30 Northern Blvd, Suite 4
Long Island City, NY 11101

The Challah Fairy
170 Main Street, Suite 140
New City, NY 10956

The Challah Fairy
170 North Main Street
New City, NY 10956

The Challah Fairy
170 North Main Street, Suite 140
New City, NY 10956

The Chef s Kingdom Inc
P.O. Box 1051
Monsey, NY 10952

The Circle
235 River Ave
Lakewood, NJ 08701

The Conservative Synagogu
30 Hillspoint Road
Westport, CT 06880

The Gluten Free Artisan L
1850 NE 164 Street
Miami, FL 33162

The Icee Company
P.O. Box 515723
Los Angeles, CA 90051-5023

The Kosher Cook LLC
101 West 7 St
Bayonne, NJ 07002

The Kosher Cook LLC
P.O. Box 329
Cedarhurst, NY 11516

The Kosher Edge
25 South Post Lane
Monsey, NY 10952

The Oliveri Group LLC
750 Lexington Ave
New York, NY 10022

The Rebbe s Choise
75-02 137 Street
Flushing, NY 11367

Thomas
57-54 Page Place
Maspeth, NY 11378

Three Locks
P.O. Box 461
Cedarhurst, NY 11516

Tomchei Shabbos
212 Second Street, Suite 403
Lakewood, NJ 08701

Tomchei Shabbos
634 Oak Drive
Far Rockaway, NY 11691

Top Banana LLC
413-420 Row D
NYC Terminal Market
Bronx, NY 10474

Top Banana LLC
NYC Terminal Market, 413-420 Row D
Bronx, NY 10474

Tov Products Inc
1428 President Street
Brooklyn, NY 11213

Tower Paper Co.
1216 Brunswick Ave
Far Rockaway, NY 11691

Travelers Indemnity Co.
One Tower Square
Hartford, CT 06183

Travelers Property Insur
Umbrella
One Tower Square
Hartford, CT 06183

Travelers Workers Comp.
One Tower Square
Hartford, CT 06183

Tri-State Carbonation Ser
P.O. Box 333
Thompsonville, NY 12784

Tri-State Fire Prevention
175-185 West First Street
Mount Vernon, NY 10550

Tropicana Chilled DSD
A Division of QSDI
75 Remittance Drive, Suite 1856
Chicago, IL 60675-1856

Tuv Taam Corp.
502 Flushing Ave
Brooklyn, NY 11205

Tuv Taam Corp.
502 Flushing Ave
Brooklyn, NY 12205

Tuv Taam Corp.
Kosher First LLC
502 Flushing Ave
Brooklyn, NY 12205

Twenty Four Six Food Inc
961 Elton Street
Brooklyn, NY 11208

U.S. Attorney
271 Cadman Plaza East
Brooklyn, NY 11201

U.S. Department of Justice
Office of the U.S. Attorney General
Attn  Eric H. Holder, Jr.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

United Nature Foods
P.O. Box 706
Keene, NH 03431

United States Attorney s Office
Eastern District of New York
Attn  Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722

Universal Beverages
5314 16 Ave, 119
Brooklyn, NY 11204

Upstate Dairy
54 Walworth Street
Brooklyn, NY 11205

Upstate Marketing Co.
23 Schunnemunk Road, Unit 101
Monroe, NY 10950

UTZ Quality Foods
900 High Street
Hanover, PA 17331

Vaad Hakashrus of 5 towns
597A Willow Ave
Cedarhurst, NY 11516

Vaad Harabonin of Queens
141-49 73 Ave
Flushing, NY 11367

Venable LLP
P.O. Box 62727
Baltimore, MD 21264-2727

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Vidi Cutlery Inc
P.O. Box 312
Woodbine, MD 21797

Waste Connections
99 Wood Ave S, Suite 1001
Iselin, NJ 08830-2734

Webest Inc
262 Heyward Street
Brooklyn, NY 11206

Westside Tea Corp.
55 Hunter Lane
Elmsford, NY 10523

Where What When
6016 Clover Road
Baltimore, MD 21215

Whitey Produce Co. Inc
46-48-49 Bklyn Term. Mkt.
Brooklyn, NY 11236

Wilson Elser Moskowitz
200 Campus Drive
Florham Park, NJ 07932

Y S Coffee Co.
350 Campus Drive
Somerset, NJ 08873

Y S Coffee Co.
90 Waterbury
Brooklyn, NY 11206

Yated Ne eman
232 Martin Luther King Dr
Lakewood, NJ 08701

Yated Ne eman
53 Olympia Lane
Monsey, NY 10952

Yitzys Dist.
3114 Ave J
Brooklyn, NY 11210

Yoffe, Avrohom
1242 East 21 Street
Brooklyn, NY 11210

Yonis Food LLC
485 Beverly Road
Teaneck, NJ 07666

Young Israel of White Pla
135 Old Mamaroneck Road
White Plains, NY 10605

Yuks Import Export
3714 Bendemeer Road
Cleveland, OH 44118

YW PA Dist.
4403 15 Ave, 208
Brooklyn, NY 11218

Zadies Bak Shop
1930 50th Street
Brooklyn, NY 11204

Zadies Bake Shop
19-09 Fair Lawn Ave
Fair Lawn, NJ 07410

Zadies Bake Shop
199-09 Fair Lawn Ave
Fair Lawn, NJ 07410

Zahler
50 Lawrence Ave
Brooklyn, NY 11230

Zappy Products
188 Marian Ct
Lakewood, NJ 08701

Zeichner Ellman  Krause Llp
Attn  Robert Guttmann/Peter Janovsky
1211 Avenue of the Americas
New York, NY 10036

Zevi s Fish
1685 McDonald Ave
Brooklyn, NY 11230

Zimmerman/Freeda Vitamins
355 Lawrence Ave
Lakewood, NJ 08701

Zomicks
85 INIP Drive
Inwood, NY 11096