**FOLEY & LARDNER LLP**
Katherine R. Catanese
90 Park Avenue
New York, NY 10016
Telephone:  212-682-7474
Facsimile:  212-687-2329

*Counsel for Milrose Capital, LLC*


**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :    Chapter 11
In re                                                     :
                                                          :
SEASONS CORPORATE LLC et al.,[1]                          :
                                                          :    CASE NO. 18-45280 (NHL)
                        Debtors.                          :
                                                          :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby appears as counsel for

Milrose Capital, LLC.  Pursuant to Rules 2002, 7005, and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Foley & Lardner LLP requests that all notices

given or required to be given in these cases, and all papers served or required to be served in this

case, be given and served upon the undersigned at the following address:

> Katherine R. Catanese
> FOLEY & LARDNER LLP
> 90 Park Avenue
> New York, NY 10016

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Market LLC (8895) and Seasons Corporate LLC (2266). The mailing address for the Debtors, solely for purposes of notices and communications, is: 5 Doughty Boulevard, Inwood, New York 11096.

4825-1875-1094.1

Telephone:  212-682-7474
Facsimile:  212-687-2329
Email:  kcatanese@foley.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any applications, motions, petitions, pleadings, requests,

complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone,

telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the

property of such debtor or the debtor's estate.

Dated: New York, New York

October 5, 2018

FOLEY & LARDNER LLP



By: */s/ Katherine R. Catanese*

Katherine R. Catanese
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone:  212-682-7474
Facsimile:  212-687-2329
Email:  kcatanese@foley.com

*Counsel for Milrose Capital, LLC*